UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CEDRIC BOYKIN,<br><br>                Defendant. | CASE NO. 23-cr-14<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on Defendant Cedric Boykin's Motion for Early Termination of Supervised Release. Dkt. No. 5. Plaintiff United States of America opposes Defendant's request. Dkt. No. 10.

The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014) (citing *United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999)).

Defendant has performed well under supervision and his progress, including stable employment, housing, and successful completion of a sexual deviancy assessment with no treatment recommended, is to be commended. But given the nature of his offense and that he has served only a quarter of his five-year term of supervised release, the Court finds that Defendant's request is premature and that the support and structure provided to Defendant by the Probation Office should remain in place.

Accordingly, the Court DENIES Defendant's Motion for Early Termination of Supervised Release.

Dated this 22nd day of June, 2023.

Jamal N. Whitehead
United States District Judge

ORDER DEN. DEF.'S REQ. FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2