UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-cr-14 |
| Plaintiff, | ORDER |
| v. | |
| CEDRIC BOYKIN, | |
| Defendant. | |

This matter comes before the Court on Defendant Cedric Boykin's Motion for Early Termination of Supervised Release. Dkt. No. 26. The Government opposes Boykin's request. Dkt. No. 27. This is Boykin's second request for early termination of court-ordered supervision. *See* Dkt. No. 5. This Court denied Boykin's first request, reasoning that "given the nature of his offense and that he has served only a quarter of his five-year term of supervised release [at the time of his first request], … Defendant's request is premature and that the support and structure provided to Defendant by the Probation Office should remain in place." Dkt. No. 12 at 2. Soon after the Court ruled on his motion, Boykin was arrested in a suspected domestic

**ORDER** - 1

violence incident—the charges were eventually dismissed—and he violated the terms of his release by using cocaine. Dkt. No. 13.

Boykin has tested negative for drugs and alcohol on every test since his positive drug test in July 2023, and by all counts, he appears to be doing well: he has maintained stable housing, employment, and social relationships. Dkt. Nos. 26, 28. Boykin argues that "[e]xcessive supervision is counterproductive" and "psychologically demoralizing," but given the nature and circumstances of his offense and Boykin's history and characteristics, including his violation on the heels of the Court's previous order denying early termination, the Court finds that continued supervision is warranted.

If he continues to perform well under supervision, the Court encourages Boykin to re-petition the Court for early termination of supervised release in March 2025.

Dated this 31st day of July, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2