THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CEDRIC BOYKIN, <br><br> Defendant. | No. CR23-014-JNW <br><br> ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THE COURT has considered Cedric Boykin's renewed motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Mr. Boykin's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 3rd day of April 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Cedric Boykin

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Boykin*, CR23-014-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100